LOCAL FORM 2
PAY ADVICE COVER SHEET

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

In re:
　　Dana F Mason

Debtor..

Case No. _____
Chapter 13

## PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☑ Pay advices are attached as follows:

Employer: Progrexion    Beginning date: 7-21-17    Ending date: 12-22-17

☐ The debtor certifies by his/her signature below that he/she has no pay records because: _____

Dated on January 24, 2018.

/s/ Dana F Mason
Dana F Mason
(Debtor Signature)

☐ Pro se Debtor
☑ Represented by Counsel

/s/ Chris Mudd
(Attorney Signature)

Chris Mudd 14008
3904 N.W. 23rd Street
Oklahoma City, OK 73107

405-529-9377
405-842-4000
chrismudd@chrismudd.com

**MyHR**

Progrexion Teleservices, Inc.
257 East 200 South
Suite 1200
Salt Lake City, UT 84111

Pay Statement
Period Start Date 12/01/2017
Period End Date 12/15/2017
Pay Date 12/22/2017
Document 36283
Net Pay $1,192.83

## Pay Details

| Dana Mason | Employee Number | | Pay Group | Teleservices | Federal Income Tax | S 0 |
|---|---|---|---|---|---|---|
| PO BOX 5011 | SSN | | Location | OK7725 | OK State Income Tax (Residence) | S 0 |
| Norman, OK 73070 | Job | Agent-Sales | Department | 425000 - Agents - Hotswap | | |
| USA | Pay Rate | $18.0400 | | | OK State Income Tax (Work) | S 0 |
| | Pay Frequency | Semi-Monthly | | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| *Award | 0.0000 | $0.0000 | $0.00 | $517.00 |
| Bereavement | 0.0000 | $0.0000 | $0.00 | $288.00 |
| Commission | 0.0000 | $0.0000 | $0.00 | $8,116.01 |
| N Commission CB | 0.0000 | $0.0000 | $0.00 | $12.00 |
| N Commission HS | | | $10.50 | |
| N Commission HS | | | $48.00 | $709.00 |
| N Commision IB | 0.0000 | $0.0000 | $0.00 | $24.00 |
| HS Commissions | | | $16.50 | |
| HS Commissions | | | $136.50 | |
| HS Commissions | | | $1,151.00 | $24,181.26 |
| CB Commissions | 0.0000 | $0.0000 | $0.00 | $128.28 |
| IB Commissions | 0.0000 | $0.0000 | $0.00 | $711.96 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $790.88 |
| PTO | 3.0000 | $15.8200 | $47.46 | $1,577.92 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Reg Hours Only | 51.1800 | $0.0000 | $0.00 | $0.00 |

Total Hours 54.1800

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| *Award | No | $0.00 | $517.00 | $0.00 | $0.00 |
| Dental Core | Yes | $6.31 | $151.44 | $6.00 | $144.00 |
| Garnishment 1 | No | $0.00 | $872.49 | $0.00 | $0.00 |
| Garnishment 2 | No | $0.00 | $572.85 | $0.00 | $0.00 |
| Garnishment 3 | No | $50.00 | $709.00 | $0.00 | $0.00 |
| Garnishment 4 | No | $0.00 | $659.97 | $0.00 | $0.00 |
| High Deductible | Yes | $5.00 | $120.00 | $189.15 | $4,539.60 |
| HSA Individual | Yes | $50.00 | $1,200.00 | $0.00 | $0.00 |
| Vision Premium | Yes | $2.87 | $68.88 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.32 | $8.04 |
| Basic Life | No | $0.00 | $0.00 | $1.14 | $28.32 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $19.51 | $526.58 |
| Social Security Employee Tax | $83.44 | $2,251.59 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Savings | $1,192.83 |
| Total | | $1,192.83 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,409.96 | $1,345.78 | $102.95 | $114.18 | $1,192.83 |
| YTD | $37,856.31 | $36,315.99 | $2,778.17 | $4,871.63 | $30,206.51 |

## HR

Progrexion Teleservices, Inc.
257 East 200 South
Suite 1200
Salt Lake City, UT 84111

**Pay Statement**
Period Start Date: 11/16/2017
Period End Date: 11/30/2017
Pay Date: 12/07/2017
Document: 34483
Net Pay: $1,061.36

### Pay Details

Dana Mason
PO BOX 5011
Norman, OK 73070
USA

Employee Number
SSN
Job: Agent-Sales
Pay Rate: $18.0400
Pay Frequency: Semi-Monthly

Pay Group: Teleservices
Location: OK7725
Department: 425000 - Agents - Hotswap

Federal Income Tax: S 0
OK State Income Tax (Residence): S 0
OK State Income Tax (Work): S 0

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| *Award | 0.0000 | $0.0000 | $0.00 | $517.00 |
| Bereavement | 0.0000 | $0.0000 | $0.00 | $288.00 |
| Commission | 0.0000 | $0.0000 | $0.00 | $8,116.01 |
| N Commission CB | 0.0000 | $0.0000 | $0.00 | $12.00 |
| N Commission HS | | | $17.50 | |
| N Commission HS | | | $60.00 | |
| N Commision IB | 0.0000 | $0.0000 | $0.00 | $650.50 |
| HS Commissions | | | $0.00 | $24.00 |
| HS Commissions | | | $4.50 | |
| HS Commissions | | | $115.50 | |
| CB Commissions | | | $805.00 | $22,877.26 |
| CB Commissions | | | $3.50 | |
| IB Commissions | | | $24.00 | $128.28 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $711.96 |
| PTO | 16.0000 | $14.8500 | $237.60 | $790.88 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $1,530.46 |
| Reg Hours Only | 0.0000 | $0.0000 | $0.00 | $800.00 |
| | 62.5700 | $0.0000 | $0.00 | $0.00 |

Total Hours 78.5700

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| *Award | No | $0.00 | $517.00 | $0.00 | $0.00 |
| Dental Core | Yes | $6.31 | $145.13 | $6.00 | $138.00 |
| Garnishment 1 | No | $0.00 | $872.49 | $0.00 | $0.00 |
| Garnishment 2 | No | $0.00 | $572.85 | $0.00 | $0.00 |
| Garnishment 3 | No | $50.00 | $659.00 | $0.00 | $0.00 |
| Garnishment 4 | No | $0.00 | $659.97 | $0.00 | $0.00 |
| High Deductible | Yes | $5.00 | $115.00 | $189.15 | $4,350.45 |
| HSA Individual | Yes | $50.00 | $1,150.00 | $0.00 | $0.00 |
| Vision Premium | Yes | $2.87 | $66.01 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.32 | $7.72 |
| Basic Life | No | $0.00 | $0.00 | $1.14 | $27.18 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $17.45 | $507.07 |
| Social Security Employee Tax | $74.61 | $2,168.15 |

### Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Savings | $1,061.36 |
| Total | | $1,061.36 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,267.60 | $1,203.42 | $92.06 | $114.18 | $1,061.36 |
| YTD | $36,446.35 | $34,970.21 | $2,675.22 | $4,757.45 | $29,013.68 |

## HR

Progrexion Teleservices, Inc.
257 East 200 South
Suite 1200
Salt Lake City, UT 84111

**Pay Statement**
Period Start Date 11/01/2017
Period End Date 11/15/2017
Pay Date 11/22/2017
Document 33007
Net Pay $957.69

### Pay Details

Dana Mason
PO BOX 5011
Norman, OK 73070
USA

Employee Number
SSN
Job: Agent-Sales
Pay Rate: $18.04
Pay Frequency: Semi-Monthly

Pay Group: Teleservices
Location: OK7725
Department: 425000 - Agents - Hotswap

Federal Income Tax $0
OK State Income Tax (Residence) $0
OK State Income Tax (Work) $0

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| *Award | 0.0000 | $0.0000 | $0.00 | |
| Bereavement | 0.0000 | $0.0000 | $0.00 | $517.00 |
| Commission | 0.0000 | $0.0000 | $0.00 | $288.00 |
| N Commission CB | 0.0000 | $0.0000 | $0.00 | $8,116.01 |
| N Commission HS | | | $7.00 | $12.00 |
| N Commission HS | | | $72.00 | $573.00 |
| N Commision IB | 0.0000 | $0.0000 | $0.00 | $24.00 |
| HS Commissions | | | $7.50 | |
| HS Commissions | | | $84.00 | |
| HS Commissions | | | $836.00 | $21,952.26 |
| CB Commissions | 0.0000 | $0.0000 | $0.00 | $100.78 |
| IB Commissions | | | $3.50 | |
| IB Commissions | | | $29.00 | $711.96 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $553.28 |
| PTO | 7.0000 | $16.6200 | $116.34 | $1,530.46 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Reg Hours Only | 67.6200 | $0.0000 | $0.00 | $0.00 |

Total Hours 74.6200

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| *Award | No | $0.00 | $517.00 | $0.00 | $0.00 |
| Dental Core | Yes | $6.31 | $138.82 | $6.00 | $132.00 |
| Garnishment 1 | No | $0.00 | $872.49 | $0.00 | $0.00 |
| Garnishment 2 | No | $0.00 | $572.85 | $0.00 | $0.00 |
| Garnishment 3 | No | $50.00 | $609.00 | $0.00 | $0.00 |
| Garnishment 4 | No | $0.00 | $659.97 | $0.00 | $0.00 |
| High Deductible | Yes | $5.00 | $110.00 | $189.15 | $4,161.30 |
| HSA Individual | Yes | $50.00 | $1,100.00 | $0.00 | $0.00 |
| Vision Premium | Yes | $2.87 | $63.14 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.32 | $7.40 |
| Basic Life | No | $0.00 | $0.00 | $1.14 | $26.04 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $15.82 | $489.62 |
| Social Security Employee Tax | $67.65 | $2,093.54 |

### Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Checking | $175.00 |
| | Savings | $782.69 |
| Total | | $957.69 |

*(handwritten: "Difference between the two")*

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,155.34 | $1,091.16 | $83.47 | $114.18 | $957.69 |
| YTD | $35,178.75 | $33,766.79 | $2,583.16 | $4,643.27 | $27,952.32 |

**HR**

Progrexion Teleservices, Inc.
257 East 200 South
Suite 1200
Salt Lake City, UT 84111

**Pay Statement**
Period Start Date: 10/16/2017
Period End Date: 10/31/2017
Pay Date: 11/07/2017
Document: 31522
Net Pay: $852.92

## Pay Details

Dana Mason
PO BOX 5011
Norman, OK 73070
USA

Employee Number:
SSN:
Job: Agent-Sales
Pay Rate: $18.04
Pay Frequency: Semi-Monthly

Pay Group: Teleservices
Location: OK7725
Department: 425000 - Agents - Hotswap

Federal Income Tax: $0
OK State Income Tax (Residence): $0
OK State Income Tax (Work): $0

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| *Award | 0.0000 | $0.0000 | $0.00 | $517.00 |
| Bereavement | 0.0000 | $0.0000 | $0.00 | $288.00 |
| Commission | 0.0000 | $0.0000 | $0.00 | $8,116.01 |
| N Commission CB | 0.0000 | $0.0000 | $0.00 | $12.00 |
| N Commission HS | | | $14.00 | |
| N Commission HS | | | $60.00 | $494.00 |
| N Commision IB | 0.0000 | $0.0000 | $0.00 | $24.00 |
| HS Commissions | | | $755.00 | |
| HS Commissions | | | $6.00 | |
| HS Commissions | | | $91.00 | $21,024.76 |
| CB Commissions | 0.0000 | $0.0000 | $0.00 | $100.78 |
| IB Commissions | | | $10.50 | |
| IB Commissions | | | $75.00 | $679.46 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $553.28 |
| PTO | 7.0000 | $15.7000 | $109.90 | $1,414.12 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Reg Hours Only | 71.7300 | $0.0000 | $0.00 | $0.00 |

Total Hours 78.7300

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| *Award | No | $0.00 | $517.00 | $0.00 | $0.00 |
| Dental Core | Yes | $6.31 | $132.51 | $6.00 | $126.00 |
| Garnishment 1 | No | $0.00 | $872.49 | $0.00 | $0.00 |
| Garnishment 2 | No | $0.00 | $572.85 | $0.00 | $0.00 |
| Garnishment 3 | No | $50.00 | $559.00 | $0.00 | $0.00 |
| Garnishment 4 | No | $73.42 | $659.97 | $0.00 | $0.00 |
| High Deductible | Yes | $5.00 | $105.00 | $189.15 | $3,972.15 |
| HSA Individual | Yes | $50.00 | $1,050.00 | $0.00 | $0.00 |
| Vision Premium | Yes | $2.87 | $60.27 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.32 | $7.08 |
| Basic Life | No | $0.00 | $0.00 | $1.14 | $24.90 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $15.33 | $473.80 |
| Social Security Employee Tax | $65.55 | $2,025.89 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Savings | $852.92 |
| Total | | $852.92 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,121.40 | $1,057.22 | $80.88 | $187.60 | $852.92 |
| YTD | $34,023.41 | $32,675.63 | $2,499.69 | $4,529.09 | $26,994.63 |

# HR

Progrexion Teleservices, Inc.
257 East 200 South
Suite 1200
Salt Lake City, UT 84111

10/22

**Pay Statement**
Period Start Date: 10/01/2017
Period End Date: 10/15/2017
Pay Date: 10/20/2017
Document: 30163
Net Pay: $878.58

## Pay Details

| Dana Mason | Employee Number | | Pay Group | Teleservices | Federal Income Tax | $0 |
|---|---|---|---|---|---|---|
| PO BOX 5011 | SSN | | Location | OK7725 | OK State Income Tax (Residence) | $0 |
| Norman, OK 73070 | Job | Agent-Sales | Department | 425000 - Agents - Hotswap | OK State Income Tax (Work) | $0 |
| USA | Pay Rate | $18.04 | | | | |
| | Pay Frequency | Semi-Monthly | | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| *Award | 0.0000 | $0.0000 | $0.00 | $517.00 |
| Bereavement | 0.0000 | $0.0000 | $0.00 | $288.00 |
| Commission | 0.0000 | $0.0000 | $0.00 | $8,116.01 |
| N Commission CB | 0.0000 | $0.0000 | $0.00 | $12.00 |
| N Commission HS | | | $7.00 | |
| N Commission HS | | | $24.00 | $420.00 |
| N Commision IB | 0.0000 | $0.0000 | $0.00 | $24.00 |
| HS Commissions | | | $13.50 | |
| HS Commissions | | | $126.00 | |
| HS Commissions | | | $1,082.00 | $20,172.76 |
| CB Commissions | 0.0000 | $0.0000 | $0.00 | $100.78 |
| IB Commissions | 0.0000 | $0.0000 | $0.00 | $593.96 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $553.28 |
| PTO | 7.0000 | $14.7600 | $103.32 | $1,304.22 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Reg Hours Only | 63.3400 | $0.0000 | $0.00 | $0.00 |

Total Hours: 70.3400

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| *Award | No | $0.00 | $517.00 | $0.00 | $0.00 |
| Dental Core | Yes | $6.31 | $126.20 | $6.00 | $120.00 |
| Garnishment 1 | No | $0.00 | $872.49 | $0.00 | $0.00 |
| Garnishment 2 | No | $0.00 | $572.85 | $0.00 | $0.00 |
| Garnishment 3 | No | $50.00 | $509.00 | $0.00 | $0.00 |
| Garnishment 4 | No | $264.25 | $586.55 | $0.00 | $0.00 |
| High Deductible | Yes | $5.00 | $100.00 | $189.15 | $3,783.00 |
| HSA Individual | Yes | $50.00 | $1,000.00 | $0.00 | $0.00 |
| Vision Premium | Yes | $2.87 | $57.40 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.32 | $6.76 |
| Basic Life | No | $0.00 | $0.00 | $1.14 | $23.76 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $18.73 | $458.47 |
| Social Security Employee Tax | $80.08 | $1,960.34 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Savings | $878.58 |
| Total | | $878.58 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,355.82 | $1,291.64 | $98.81 | $378.43 | $878.58 |
| YTD | $32,902.01 | $31,618.41 | $2,418.81 | $4,341.49 | $26,141.71 |

**HR**

Progrexion Teleservices, Inc.
257 East 200 South
Suite 1200
Salt Lake City, UT 84111

*Garnishment reimbursement*

Pay Statement
Period Start Date  10/01/2017
Period End Date  10/06/2017
Pay Date  10/10/2017
Document  29906
Net Pay  $357.89

## Pay Details

| | | | |
|---|---|---|---|
| Dana Mason | Employee Number | Pay Group  Teleservices | Federal Income Tax  $0 |
| 1901 E Lindsey st | SSN | Location  OK7725 | OK State Income Tax (Residence)  $0 |
| #26B | Job  Agent-Sales | Department  425000 - Agents - Hotswap | OK State Income Tax (Work)  $0 |
| Norman, OK 73071 | Pay Rate  $18.04 | | |
| USA | Pay Frequency  Semi-Monthly | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| *Award | 0.0000 | $0.0000 | $0.00 | $517.00 |
| Bereavement | 0.0000 | $0.0000 | $0.00 | $288.00 |
| Commission | 0.0000 | $0.0000 | $0.00 | $8,116.01 |
| N Commission CB | 0.0000 | $0.0000 | $0.00 | $12.00 |
| N Commission HS | 0.0000 | $0.0000 | $0.00 | $389.00 |
| N Commision IB | 0.0000 | $0.0000 | $0.00 | $24.00 |
| HS Commissions | 0.0000 | $0.0000 | $0.00 | $18,951.26 |
| CB Commissions | 0.0000 | $0.0000 | $0.00 | $100.78 |
| IB Commissions | 0.0000 | $0.0000 | $0.00 | $593.96 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $553.28 |
| PTO | 0.0000 | $0.0000 | $0.00 | $1,200.90 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $800.00 |

Total Hours  0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| *Award | No | $0.00 | $517.00 | $0.00 | $0.00 |
| Dental Core | Yes | $0.00 | $119.89 | $0.00 | $114.00 |
| Garnishment 1 | No | $0.00 | $872.49 | $0.00 | $0.00 |
| Garnishment 2 | No | $0.00 | $572.85 | $0.00 | $0.00 |
| Garnishment 3 | No | ($357.89) | $459.00 | $0.00 | $0.00 |
| Garnishment 4 | No | $0.00 | $322.30 | $0.00 | $0.00 |
| High Deductible | Yes | $0.00 | $95.00 | $0.00 | $3,593.85 |
| HSA Individual | Yes | $0.00 | $950.00 | $0.00 | $0.00 |
| Vision Premium | Yes | $0.00 | $54.53 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.00 | $6.44 |
| Basic Life | No | $0.00 | $0.00 | $0.00 | $22.62 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $0.00 | $439.74 |
| Social Security Employee Tax | $0.00 | $1,880.26 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Savings | $357.89 |
| Total | | $357.89 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $0.00 | $0.00 | $0.00 | ($357.89) | $357.89 |
| YTD | $31,546.19 | $30,326.77 | $2,320.00 | $3,963.06 | $25,263.13 |

# HR

Progrexion Teleservices, Inc.
257 East 200 South
Suite 1200
Salt Lake City, UT 84111

*Handwritten: 10/7*

**Pay Statement**
Period Start Date: 09/16/2017
Period End Date: 09/30/2017
Pay Date: 10/06/2017
Document: 28820
Net Pay: $534.82

## Pay Details

Dana Mason
1901 E Lindsey st
#26B
Norman, OK 73071
USA

Employee Number: SSN
Job: Agent-Sales
Pay Rate: $18.04
Pay Frequency: Semi-Monthly

Pay Group: Teleservices
Location: OK7725
Department: 425000 - Agents - Hotswap

Federal Income Tax: $0
OK State Income Tax (Residence): $0
OK State Income Tax (Work): $0

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| *Award | 0.0000 | $0.0000 | $0.00 | $517.00 |
| Bereavement | 0.0000 | $0.0000 | $0.00 | $288.00 |
| Commission | | | $51.50 | $8,116.01 |
| N Commission CB | 0.0000 | $0.0000 | $0.00 | $12.00 |
| N Commission HS | | | $60.00 | |
| N Commission HS | | | $14.00 | $389.00 |
| N Commision IB | 0.0000 | $0.0000 | $0.00 | $24.00 |
| HS Commissions | | | $80.50 | |
| HS Commissions | | | $643.00 | |
| HS Commissions | | | $10.50 | $18,951.26 |
| CB Commissions | 0.0000 | $0.0000 | $0.00 | $100.78 |
| IB Commissions | 0.0000 | $0.0000 | $0.00 | $593.96 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $553.28 |
| PTO | 0.0000 | $0.0000 | $0.00 | $1,200.90 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Reg Hours Only | 70.7500 | $0.0000 | $0.00 | $0.00 |

Total Hours 70.7500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| *Award | No | $0.00 | $517.00 | $0.00 | $0.00 |
| Dental Core | Yes | $6.31 | $119.89 | $6.00 | $114.00 |
| Garnishment 1 | No | $0.00 | $872.49 | $0.00 | $0.00 |
| Garnishment 2 | No | $0.00 | $572.85 | $0.00 | $0.00 |
| Garnishment 3 | No | $50.00 | $816.89 | $0.00 | $0.00 |
| Garnishment 4 | No | $149.66 | $322.30 | $0.00 | $0.00 |
| High Deductible | Yes | $5.00 | $95.00 | $189.15 | $3,593.85 |
| HSA Individual | Yes | $50.00 | $950.00 | $0.00 | $0.00 |
| Vision Premium | Yes | $2.87 | $54.53 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.32 | $6.44 |
| Basic Life | No | $0.00 | $0.00 | $1.14 | $22.62 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $11.53 | $439.74 |
| Social Security Employee Tax | $49.31 | $1,880.26 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Savings | $534.82 |
| Total | | $534.82 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $859.50 | $795.32 | $60.84 | $263.84 | $534.82 |
| YTD | $31,546.19 | $30,326.77 | $2,320.00 | $4,320.95 | $24,905.24 |

# MYHR

Progrexion Teleservices, Inc.
257 East 200 South
Suite 1200
Salt Lake City, UT 84111

**Pay Statement**
Period Start Date 09/01/2017
Period End Date 09/15/2017
Pay Date 09/22/2017
Document 27509
Net Pay $603.73

## Pay Details

| | | | |
|---|---|---|---|
| Dana Mason | Employee Number | Pay Group  Teleservices | Federal Income Tax  $0 |
| 1901 E Lindsey st | SSN | Location  OK7725 | OK State Income Tax  $0 |
| #26B | Job  Agent-Sales | Department  425000 - Agents - Hotswap | (Residence) |
| Norman, OK 73071 | Pay Rate  $22.70 | | OK State Income Tax (Work)  $0 |
| USA | Pay Frequency  Semi-Monthly | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| *Award | 0.0000 | $0.0000 | $0.00 | $517.00 |
| Bereavement | 0.0000 | $0.0000 | $0.00 | $288.00 |
| Commission | 0.0000 | $0.0000 | $0.00 | $8,064.51 |
| N Commission CB | 0.0000 | $0.0000 | $0.00 | $12.00 |
| N Commission HS | | | $10.50 | |
| N Commission HS | | | $48.00 | $315.00 |
| N Commision IB | | | $12.00 | $24.00 |
| HS Commissions | | | $6.00 | |
| HS Commissions | | | $63.00 | |
| HS Commissions | | | $508.00 | $18,217.26 |
| CB Commissions | | | $3.50 | |
| CB Commissions | | | $27.00 | $100.78 |
| IB Commissions | | | $3.50 | |
| IB Commissions | | | $27.00 | $593.96 |
| Holiday | 8.0000 | $19.2700 | $154.16 | $553.28 |
| PTO | 5.0000 | $19.2700 | $96.35 | $1,200.90 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Reg Hours Only | 39.4800 | $0.0000 | $0.00 | $0.00 |

Total Hours 52.4800

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| *Award | No | $0.00 | $517.00 | $0.00 | $0.00 |
| Dental Core | Yes | $6.31 | $113.58 | $6.00 | $108.00 |
| Garnishment 1 | No | $0.00 | $872.49 | $0.00 | $0.00 |
| Garnishment 2 | No | $0.00 | $572.85 | $0.00 | $0.00 |
| Garnishment 3 | No | $50.00 | $766.89 | $0.00 | $0.00 |
| Garnishment 4 | No | $172.64 | $172.64 | $0.00 | $0.00 |
| High Deductible | Yes | $5.00 | $90.00 | $189.15 | $3,404.70 |
| HSA Individual | Yes | $50.00 | $900.00 | $0.00 | $0.00 |
| Vision Premium | Yes | $2.87 | $51.66 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Basic AD&D | No | $0.00 | $0.00 | $0.40 | $6.12 |
| Basic Life | No | $0.00 | $0.00 | $1.41 | $21.48 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $12.98 | $428.21 |
| Social Security Employee Tax | $55.48 | $1,830.95 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Checking | $0.01 |
| | Savings | $603.72 |
| Total | | $603.73 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $959.01 | $894.83 | $68.46 | $286.82 | $603.73 |
| YTD | $30,686.69 | $29,531.45 | $2,259.16 | $4,057.11 | $24,370.42 |

# MyHR

Progrexion Teleservices, Inc.
257 East 200 South
Suite 1200
Salt Lake City, UT 84111

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/16/2017 |
| Period End Date | 08/31/2017 |
| Pay Date | 09/07/2017 |
| Document | 26215 |
| Net Pay | $1,009.48 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Dana Mason | Employee Number | | Pay Group | Teleservices | |
| 1901 E Lindsey st | SSN | | Location | OK7725 | |
| #26B | Job | Agent-Sales | Department | 425000 - Agents - Hotswap | |
| Norman, OK 73071 | Pay Rate | $22.70 | | | |
| USA | Pay Frequency | Semi-Monthly | | | |

| | |
|---|---|
| Federal Income Tax | $ 0 |
| OK State Income Tax (Residence) | $ 0 |
| OK State Income Tax (Work) | $ 0 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| *Award | 0.0000 | $0.0000 | $0.00 | $517.00 |
| Bereavement | 0.0000 | $0.0000 | $0.00 | $288.00 |
| Commission | 0.0000 | $0.0000 | $0.00 | $8,064.51 |
| N Commission CB | | | $12.00 | $12.00 |
| N Commission HS | | | $48.00 | |
| N Commission HS | | | $14.00 | $256.50 |
| N Commision IB | 0.0000 | $0.0000 | $0.00 | $12.00 |
| HS Commissions | | | $133.00 | |
| HS Commissions | | | $3.00 | |
| HS Commissions | | | $1,161.00 | $17,640.26 |
| CB Commissions | 0.0000 | $0.0000 | $0.00 | $70.28 |
| IB Commissions | | | $7.00 | |
| IB Commissions | | | $56.00 | $563.46 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $399.12 |
| PTO | 5.5000 | $20.1500 | $110.82 | $1,104.55 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Reg Hours Only | 80.8500 | $0.0000 | $0.00 | $0.00 |

Total Hours  86.3500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| *Award | No | $0.00 | $517.00 | $0.00 | $0.00 |
| Dental Core | Yes | $6.31 | $107.27 | $6.00 | $102.00 |
| Garnishment 1 | No | $0.00 | $872.49 | $0.00 | $0.00 |
| Garnishment 2 | No | $0.00 | $572.85 | $0.00 | $0.00 |
| Garnishment 3 | No | $357.89 | $716.89 | $0.00 | $0.00 |
| High Deductible | Yes | $5.00 | $85.00 | $189.15 | $3,215.55 |
| HSA Individual | Yes | $50.00 | $850.00 | $0.00 | $0.00 |
| Vision Premium | Yes | $2.87 | $48.79 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.40 | $5.72 |
| Basic Life | No | $0.00 | $0.00 | $1.41 | $20.07 |

| Taxes | | |
|---|---|---|
| Tax | Current | YTD |
| Employee Medicare | $21.47 | $415.23 |
| Social Security Employee Tax | $91.80 | $1,775.47 |

| Paid Time Off | | | Net Pay Distribution | | |
|---|---|---|---|---|---|
| Plan | Current | Balance | Account Number | Account Type | Amount |
| No records found | | | | Checking | $250.00 |
| | | | | Savings | $759.48 |
| | | | Total | | $1,009.48 |

| Pay Summary | | | | | |
|---|---|---|---|---|---|
| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| Current | $1,544.82 | $1,480.64 | $113.27 | $422.07 | $1,009.48 |
| YTD | $29,727.68 | $28,636.62 | $2,190.70 | $3,770.29 | $23,766.69 |

# MyHR

Progrexion Teleservices, Inc.
257 East 200 South
Suite 1200
Salt Lake City, UT 84111

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/01/2017 |
| Period End Date | 08/15/2017 |
| Pay Date | 08/22/2017 |
| Document | 24904 |
| Net Pay | $1,012.83 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Dana Mason | Employee Number | | Pay Group | Teleservices | |
| 1901 E Lindsey st | SSN | | Location | OK7725 | |
| #26B | Job | Agent-Sales | Department | 425000 - Agents - Hotswap | |
| Norman, OK 73071 | Pay Rate | $22.70 | | | |
| USA | Pay Frequency | Semi-Monthly | | | |

| | |
|---|---|
| Federal Income Tax | S 0 |
| OK State Income Tax (Residence) | S 0 |
| OK State Income Tax (Work) | S 0 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| *Award | 0.0000 | $0.0000 | $0.00 | $517.00 |
| Bereavement | 0.0000 | $0.0000 | $0.00 | $288.00 |
| Commission | 0.0000 | $0.0000 | $0.00 | $8,064.51 |
| N Commission HS | | | $14.00 | |
| N Commission HS | | | $48.00 | $194.50 |
| N Commision IB | 0.0000 | $0.0000 | $0.00 | $12.00 |
| HS Commissions | | | $6.00 | |
| HS Commissions | | | $143.50 | |
| HS Commissions | | | $1,240.00 | $16,343.26 |
| CB Commissions | 0.0000 | $0.0000 | $0.00 | $70.28 |
| IB Commissions | 0.0000 | $0.0000 | $0.00 | $500.46 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $399.12 |
| PTO | 5.0000 | $19.6300 | $98.15 | $993.73 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Reg Hours Only | 69.2500 | $0.0000 | $0.00 | $0.00 |

Total Hours 74.2500

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| *Award | No | $0.00 | $517.00 | $0.00 | $0.00 |
| Dental Core | Yes | $6.31 | $100.96 | $6.00 | $96.00 |
| Garnishment 1 | No | $0.00 | $872.49 | $0.00 | $0.00 |
| Garnishment 2 | No | $0.00 | $572.85 | $0.00 | $0.00 |
| Garnishment 3 | No | $359.00 | $359.00 | $0.00 | $0.00 |
| High Deductible | Yes | $5.00 | $80.00 | $189.15 | $3,026.40 |
| HSA Individual | Yes | $50.00 | $800.00 | $0.00 | $0.00 |
| Vision Premium | Yes | $2.87 | $45.92 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.40 | $5.32 |
| Basic Life | No | $0.00 | $0.00 | $1.41 | $18.66 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $21.54 | $393.76 |
| Social Security Employee Tax | $92.10 | $1,683.67 |

Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Savings | $1,012.83 |
| Total | | $1,012.83 |

Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,549.65 | $1,485.47 | $113.64 | $423.18 | $1,012.83 |
| YTD | $28,182.86 | $27,155.98 | $2,077.43 | $3,348.22 | $22,757.21 |

**MYHR**

Progrexion Teleservices, Inc.
257 East 200 South
Suite 1200
Salt Lake City, UT 84111

**Pay Statement**

Period Start Date 07/16/2017
Period End Date 07/31/2017
Pay Date 08/07/2017
Document 23644
Net Pay $801.14

## Pay Details

| | | | |
|---|---|---|---|
| Dana Mason | Employee Number | Pay Group  Teleservices | Federal Income Tax  S 0 |
| 1901 E Lindsey st | SSN | Location  OK7725 | OK State Income Tax (Residence)  S 0 |
| #26B | Job  Agent-Sales | Department  425000 - Agents - Hotswap | |
| Norman, OK 73071 | Pay Rate  $20.49 | | OK State Income Tax (Work)  S 0 |
| USA | Pay Frequency  Semi-Monthly | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| *Award | 0.0000 | $0.0000 | $0.00 | $517.00 |
| Bereavement | 0.0000 | $0.0000 | $0.00 | $288.00 |
| Commission | 0.0000 | $0.0000 | $0.00 | $8,064.51 |
| N Commission HS | | | $3.50 | |
| N Commission HS | | | $12.00 | $132.50 |
| N Commision IB | 0.0000 | $0.0000 | $0.00 | $12.00 |
| HS Commissions | | | $91.00 | |
| HS Commissions | | | $888.00 | $14,953.76 |
| CB Commissions | 0.0000 | $0.0000 | $0.00 | $70.28 |
| IB Commissions | 0.0000 | $0.0000 | $0.00 | $500.46 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $399.12 |
| PTO | 7.0000 | $22.9000 | $160.30 | $895.58 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Reg Hours Only | 52.9500 | $0.0000 | $0.00 | $0.00 |

Total Hours  59.9500

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| *Award | No | $0.00 | $517.00 | $0.00 | $0.00 |
| Dental Core | Yes | $6.31 | $94.65 | $6.00 | $90.00 |
| Garnishment 1 | No | $0.00 | $872.49 | $0.00 | $0.00 |
| Garnishment 2 | No | $206.05 | $572.85 | $0.00 | $0.00 |
| High Deductible | Yes | $5.00 | $75.00 | $189.15 | $2,837.25 |
| HSA Individual | Yes | $50.00 | $750.00 | $0.00 | $0.00 |
| Vision Premium | Yes | $2.87 | $43.05 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.37 | $4.92 |
| Basic Life | No | $0.00 | $0.00 | $1.29 | $17.25 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $15.81 | $372.22 |

| Social Security Employee Tax | | | | | $67.62 | $1,591.57 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Savings | $801.14 |
| Total | | $801.14 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,154.80 | $1,090.62 | $83.43 | $270.23 | $801.14 |
| YTD | $26,633.21 | $25,670.51 | $1,963.79 | $2,925.04 | $21,744.38 |

# HR

Progrexion Teleservices, Inc.
257 East 200 South
Suite 1200
Salt Lake City, UT 84111

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/01/2017 |
| Period End Date | 07/15/2017 |
| Pay Date | 07/21/2017 |
| Document | 22442 |
| Net Pay | $1,036.20 |

## Pay Details

Dana Mason
1901 E Lindsey st
#26B
Norman, OK 73071
USA

| | |
|---|---|
| Employee Number | |
| SSN | |
| Job | Agent-Sales |
| Pay Rate | $20.49 |
| Pay Frequency | Semi-Monthly |

| | |
|---|---|
| Pay Group | Teleservices |
| Location | OK7725 |
| Department | 425000 - Agents - Hotswap |

| | |
|---|---|
| Federal Income Tax | $0 |
| OK State Income Tax (Residence) | $0 |
| OK State Income Tax (Work) | $0 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| *Award | 0.0000 | $0.0000 | $0.00 | $517.00 |
| Bereavement | 0.0000 | $0.0000 | $0.00 | $288.00 |
| Commission | 0.0000 | $0.0000 | $0.00 | $8,064.51 |
| N Commission HS | | | $12.00 | |
| N Commission HS | | | $3.50 | $117.00 |
| N Commision IB | 0.0000 | $0.0000 | $0.00 | $12.00 |
| HS Commissions | | | $147.00 | |
| HS Commissions | | | $9.00 | |
| HS Commissions | | | $1,146.00 | $13,974.76 |
| CB Commissions | | | $7.00 | $70.28 |
| IB Commissions | 0.0000 | $0.0000 | $0.00 | $500.46 |
| Holiday | 8.0000 | $25.8900 | $207.12 | $399.12 |
| PTO | 2.0000 | $25.8900 | $51.78 | $735.28 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Reg Hours Only | 69.5500 | $0.0000 | $0.00 | $0.00 |

Total Hours 79.5500

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| *Award | $0.00 | No | $0.00 | $517.00 | $0.00 | $0.00 |
| Dental Core | $0.00 | Yes | $6.31 | $88.34 | $6.00 | $84.00 |
| Garnishment 1 | $0.00 | No | $0.00 | $872.49 | $0.00 | $0.00 |
| Garnishment 2 | $0.00 | No | $366.80 | $366.80 | $0.00 | $0.00 |
| High Deductible | $0.00 | Yes | $5.00 | $70.00 | $189.15 | $2,648.10 |
| HSA Individual | $50.00 | Yes | $50.00 | $700.00 | $0.00 | $0.00 |
| Vision Premium | $0.00 | Yes | $2.87 | $40.18 | $0.00 | $0.00 |
| Basic AD&D | $43,000.00 | No | $0.00 | $0.00 | $0.37 | $4.55 |
| Basic Life | $43,000.00 | No | $0.00 | $0.00 | $1.29 | $15.96 |
| EAP | $0.00 | No | $0.00 | $0.00 | $0.61 | $8.54 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Employee Medicare | $1,519.22 | $22.03 | $356.41 |
| Social Security Employee Tax | $1,519.22 | $94.19 | $1,523.95 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Checking | $1,036.20 |
| Total | | $1,036.20 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,583.40 | $1,519.22 | $116.22 | $430.98 | $1,036.20 |
| YTD | $25,478.41 | $24,579.89 | $1,880.36 | $2,654.81 | $20,943.24 |