UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re:

Dana F Mason

Debtor(s)

Case No. 18-10256-JDL

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

John Hardeman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/24/2018.

2) The plan was confirmed on 06/20/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/13/2019.

5) The case was dismissed on 06/26/2019.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: $2,100.00.

9) Total value of assets exempted: $11,618.70.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| **Receipts:** | |
|---|---:|
| Total paid by or on behalf of the debtor | $663.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$663.00** |

| **Expenses of Administration:** | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $585.40 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $34.34 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$619.74** |
| Attorney fees paid and disclosed by debtor: | $343.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADAM N BUSH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADAMS & MORSE ASSOCIATES | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE LOAN | Unsecured | 315.40 | NA | NA | 0.00 | 0.00 |
| AFS ACCEPTANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLEGIANCE CREDIT UNION | Unsecured | 352.40 | NA | NA | 0.00 | 0.00 |
| ALLEGIANCE CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARROW LOAN | Unsecured | 100.00 | 166.05 | 166.05 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 207.55 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 99.88 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 469.00 | 553.91 | 553.91 | 0.00 | 0.00 |
| CASH EXPRESS | Unsecured | 829.00 | NA | NA | 0.00 | 0.00 |
| CASH N CHECKS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CBSA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL LOAN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CHAD STEUR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| CITY NATIONAL BANK & TRUST | Unsecured | 250.00 | 217.51 | 217.51 | 0.00 | 0.00 |
| CITY OF NORMAN | Unsecured | 23.44 | NA | NA | 0.00 | 0.00 |
| CITY OF OKLAHOMA CITY WATER U | Unsecured | 183.70 | 103.70 | 103.70 | 0.00 | 0.00 |
| COMMUNITY LOANS OF EDMOND | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CONN APPLIANCES INC | Unsecured | 1,487.00 | 1,487.23 | 1,487.23 | 0.00 | 0.00 |
| COX COMMUNICATIONS | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| COX COMMUNICATIONS | Unsecured | 818.22 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTIONS | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| CSI GROUP | Unsecured | 914.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY SERVICES OF OKLAHO | Unsecured | 728.54 | 728.54 | 728.54 | 0.00 | 0.00 |
| EMERGENCY SERVICES OF OKLAHO | Unsecured | 712.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY SERVICES OF OKLAHO | Unsecured | 728.00 | NA | NA | 0.00 | 0.00 |
| EMPIRE FINANCE | Unsecured | 100.00 | 744.35 | 744.35 | 0.00 | 0.00 |
| EMPIRE FINANCE PURCELL | Unsecured | 100.00 | 754.35 | 754.35 | 0.00 | 0.00 |
| EUREKA WATER | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EXETER FINANCE CORP | Secured | 19,793.00 | 17,770.46 | 17,770.46 | 0.00 | 0.00 |
| FSNB NA | Unsecured | 248.32 | 248.32 | 248.32 | 0.00 | 0.00 |
| INTEGRIS SOUTHWEST MEDICAL | Unsecured | 3,648.80 | NA | NA | 0.00 | 0.00 |
| LAKEWOOD ESTATES | Unsecured | 2,655.00 | NA | NA | 0.00 | 0.00 |
| LANE BRYANT | Unsecured | 281.48 | NA | NA | 0.00 | 0.00 |
| LOYAL LOANS NORMAN | Unsecured | 651.00 | 790.87 | 790.87 | 0.00 | 0.00 |
| MASTER FINANCE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDWESTERN LOANS | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| MODERN LOAN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 590.00 | 590.29 | 590.29 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 0.00 | 546.60 | 546.60 | 0.00 | 0.00 |
| NOBLE FINANCE | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| NOBLE FINANCE | Unsecured | 771.00 | NA | NA | 0.00 | 0.00 |
| NOBLE FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORMAN INTERNAL MEDICINE | Unsecured | 552.04 | NA | NA | 0.00 | 0.00 |
| NRHS RADIOLOGY ASSOCIATES | Unsecured | 58.36 | NA | NA | 0.00 | 0.00 |
| OK LOAN SERVICE | Unsecured | 100.00 | 446.42 | 446.42 | 0.00 | 0.00 |
| OKLAHOMA CITY COMMUNITY COL | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| OKLAHOMA GAS & ELECTRIC | Unsecured | 925.25 | 925.25 | 925.25 | 0.00 | 0.00 |
| OKLAHOMA NATURAL GAS | Unsecured | 90.43 | 90.35 | 90.35 | 0.00 | 0.00 |
| OKLAHOMA TAX COMMISSION | Priority | 365.00 | 345.00 | 345.00 | 43.26 | 0.00 |
| OSLA | Unsecured | 9,258.00 | NA | NA | 0.00 | 0.00 |
| OSU-OKC | Unsecured | 946.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTATION | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| RJH REALTY | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| ROSE STATE COLLEGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Unsecured | 1,470.00 | 1,336.64 | 1,336.64 | 0.00 | 0.00 |
| SECURITY FINANCE | Unsecured | 1,498.00 | 1,445.55 | 1,445.55 | 0.00 | 0.00 |
| SOUTHWEST RADIOLOGY | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| SPEEDYCASH COM | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 1,011.58 | 1,487.05 | 1,487.05 | 0.00 | 0.00 |
| SURETY LOANS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| TIDE FINANCE | Unsecured | 441.75 | NA | NA | 0.00 | 0.00 |
| TINKER FEDERAL CREDIT UNION | Unsecured | 386.72 | NA | NA | 0.00 | 0.00 |
| TOWER LOANS | Unsecured | 726.00 | NA | NA | 0.00 | 0.00 |
| TOWER LOANS | Unsecured | 596.00 | NA | NA | 0.00 | 0.00 |
| TOWER LOANS | Unsecured | 651.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 13,292.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WORKS & LENTZ | Unsecured | 1,519.00 | 1,519.25 | 1,519.25 | 0.00 | 0.00 |
| WORKS & LENTZ | Unsecured | 2,218.33 | 3,648.80 | 3,648.80 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Secured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 0.00 | 2,176.40 | 2,176.40 | 0.00 | 0.00 |
| YOUR CREDIT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ZALES | Unsecured | 584.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $17,770.46 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$17,770.46** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $345.00 | $43.26 | $0.00 |
| **TOTAL PRIORITY:** | **$345.00** | **$43.26** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,007.43** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $619.74 |
| Disbursements to Creditors | $43.26 |
| **TOTAL DISBURSEMENTS :** | **$663.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/10/2019    By: /s/ John Hardeman
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**